UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AARON MICHAEL SHEETS                                                                                          PLAINTIFF

v.                                              No. 5:24-cv-5053

CORPORAL TOM MULVANEY,
Washington County Detention Center;
CORPORAL CORBIN BREWER, WCDC;
SERGEANT JOSEPH MALONE, WCDC;
and LIEUTENANT BRIAN ATCHLEY, WCDC                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation ("R&R") (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. No party has objected, and the deadline for objections has passed. The Court has conducted a *de novo* review of the R&R and finds that it contains no clear error. *See* 28 U.S.C. § 636(b)(1)(C). The report and recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Under 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal is not taken in good faith. Judgment will be entered accordingly.

IT IS SO ORDERED this 9th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE